**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 15, 2018.**

In The

# Fourteenth Court of Appeals

## NO. 14-18-00088-CV

**ARI-ARMATUREN USA, LP AND ARI MANAGEMENT, INC., Appellants**

**V.**

**CSI INTERNATIONAL, INC., Appellee**

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2017-52127**

## M E M O R A N D U M     O P I N I O N

This is an appeal from an order signed January 11, 2018. On May 3, 2018, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is dismissed.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Busby.